1  **DALE A. BLICKENSTAFF** - #40681
   2350 West Shaw Avenue, Suite 132
2  Fresno, California 93711
   (559) 432-0986 Telephone
3  (559) 432-4871 Facsimile

4

5  Attorney for Defendant, MARIO SAIZ

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        )   **Case No.:1:08-cr-00379 OWW**
                                      )
11 |           Plaintiff,              )   **STIPULATION AND ORDER TO**
                                      )   **EXTEND TIME FOR COMPLETION**
12 | v.                                )   **OF PROPERTY BOND**
                                      )
13 | MARIO SAIZ                        )
                                      )
14 |           Defendant.              )
                                      )
15 | _____   )

16    The property bond in the amount of the $50,000 was to be completed on or before December

17 19, 2008. Counsel for the defendant, Dale A. Blickenstaff, underwent knee replacement surgery and

18 has been unable to attend his office. His secretary has all but completed the property bond, but an

19 additional week is necessary to have owners notarize appropriate documents and finalize the matter.

20    THEREFORE, it is stipulated that the matter of the completion of the property bond be

21 extended to December 31, 2008. All conditions of pretrial release, heretofore ordered to remain the

22 same.

23 //

24 //

25 //

26 //

27 //

28    **Stipulation and Proposed Order to Extend Time for Completion of Property Bond**
      **Case No.:1:08-cr0379 OWW**

Respectfully submitted,

DATED:  December 18, 2008          */s/ Dale A. Blickenstaff*
                                                DALE A. BLICKENSTAFF
                                                Attorney for Defendant, Mario Saiz

DATED:  December 18, 2008          */s/ Marlon Cobar*
                                                MARLON COBAR
                                                Assistant United States Attorney

## ORDER

The matter of the completion of the property bond shall be extended to December 31, 2008 and that the conditions of pretrial release are to remain the same.

IT IS SO ORDERED.

**Dated:   December 19, 2008**          **/s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE