**DALE A. BLICKENSTAFF** - #40681
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorney for Defendant, MARIO SAIZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **Case No.:1:08-cr-0379 OWW** |
|---|---|---|
| Plaintiff, | ) | **ORDER TO EXTEND TIME FOR** |
| | ) | **COMPLETION OF PROPERTY BOND** |
| v. | ) | |
| | ) | |
| MARIO SAIZ | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

BACKGROUND

_____On November 26, 2008, defendant was ordered released upon posting a $50,000 property bond by his parents, Terry and Patricia Saiz on or before December 19, 2008.  Defendant was released with conditions pending posting of the bond.

By way of Stipulation of the parties and order of the Court the date for submission of bond documents to the Court and counsel was extended to December 31, 2008.

Counsel for the defense has been informed by defendant's pretrial service officer, Jacob Scott, that defendant has provided positive tests for marijuana subsequent to his release from custody on December 2, 2008.  Defendant maintains his ingestion of marijuana occurred prior to his release from custody and before his hearing ordering his release.

Pretrial Services Officer Jacob Scott has indicated he will attempt to calendar a violation hearing before the Magistrate probably to occur on or about January 7, 2009.

1    Accordingly, AUSA attorney, Marlon Cobar, and counsel for the defendant agree the time

2   for submission of documents which evidence the property bond should be delayed until after the

3   aforementioned hearing.

4                                    <u>STIPULATION</u>

5    THEREFORE, the parties stipulate that the time for posting the aforesaid property bond

6   be continued to January 9, 2009.  All conditions of pretrial release, heretofore ordered to remain

7   the same.

8

9                                   Respectfully submitted,

10

11  DATED:  December 30, 2008              */s/ Dale A. Blickenstaff*
                                          DALE A. BLICKENSTAFF
12                                        Attorney for Defendant, Mario Saiz

13

14  DATED:  December 30, 2008              */s/ Marlon Cobar*
                                          MARLON COBAR
15                                        Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2          IT IS SO ORDERED that the matter of the completion of the property bond be extended

3    to January 9, 2009 and that the conditions of pretrial release are to remain the same.

4

5    DATED: December 30, 2008          /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE GARY S. AUSTIN
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28