# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED

JUN 1 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



| | |
|---|---|
| United States of America vs. Mario Saiz | Case No. 08cr379 OWW |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Mario Saiz___, have discussed with ___Jacob Scott___, Supervising Pretrial Officer, modifications of my release conditions as follows:

To modify the defendant's electronic monitoring from home detention to **CURFEW:** You are restricted to your residence everyday from 9p.m. to 6a.m., unless otherwise approved in advance of the Pretrial Services Officer, and abide by all the requirements of the location monitoring program.

All other previously imposed conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6/11/09      _____  6/10/09
Signature of Defendant         Date         Pretrial Services Officer      Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                     Date  6/10/09
Signature of Assistant United States Attorney

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     6/10/09
Signature of Defense Counsel                  Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  6/12/09
☐ The above modification of conditions of release is *not* ordered.

_____                     6/10/09
Signature of Judicial Officer                 Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services