# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**
AUG 31 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America<br>vs.<br>Mario Saiz | Case No.<br>08cr0379 OWW |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Mario Saiz_____, have discussed with _____Jacob Scott_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

To vacate the defendant's condition regarding electronic monitoring, including **CURFEW:** You are restricted to your residence everyday from 9p.m. to 6a.m., unless otherwise approved in advance of the Pretrial Services Officer, and abide by all the requirements of the electronic monitoring program.

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8/27/09         _____  8/25/09
Signature of Defendant    Date            Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                   8/31/09
Signature of Assistant United States Attorney                Date
Marlon Cobar

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   8/25/09
Signature of Defense Counsel                                 Date
Dale Blickenstaff

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  8/31/09
☐ The above modification of conditions of release is *not* ordered.

_____                   8/31/09
Signature of Judicial Officer                                Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services