**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorney for Defendant, MARIO SAIZ

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-CR-0379 OWW |
| Plaintiff, | APPLICATION FOR ORDER EXONERATING BONDS AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON |
| v. | |
| MARIO SAIZ, | |
| Defendant. | |

Defendant, MARIO SAIZ, hereby moves this Court for an order to exonerate two bonds and reconvey real property in the above-captioned case.

On November 26, 2008, Defendant appeared before the Honorable Sandra M. Snyder, United States Magistrate Judge, and was ordered released on a unsecured bond to be replaced with a $50,000 property bond on or before December 19, 2008. On December 19, 2008, the time to file the property bond was extended to December 31, 2008.

On December 29, 2008, a Deed of Trust on property owned by Terry M. Saiz and Patricia C. Saiz (Defendant's parents) was recorded showing the Clerk of the U. S. District of California as beneficiary. This Deed of Trust #2008-0176238 was received by the U. S. Clerk on January 14, 2009, and entered in the minutes of this case.

On January 9, 2009, Defendant appeared before U. S. Magistrate Gary Austin regarding revocation of Supervised Release. A contested hearing was scheduled for January 23, 2009. Conditions of release were modified and Defendant remained at liberty.

On January 23, 2009, a hearing on bond violation was held before U. S. Magistrate Dennis Beck. The Court found Defendant in violation, but reinstated all previous conditions and reduced the amount of the bond to $45,000 to conform with the appraisal. A new bond was to be filed before January 30, 2009.

Another Deed of Trust on the same property as described above with a record #2009-0012283 along with original straight note was received by the U. S. Clerk's office.

Thus, there were two Deeds of Trust recorded in favor of the Clerk of the U. S. District Court as collateral in this matter - documents #2008-0176238 and #2009-0012283.

On September 14, 2009, MARIO SAIZ appeared before Judge Oliver W. Wanger for sentencing and was committed to the custody of the Bureau of Prisons for 35 months and ordered to self surrender. According to the Bureau of Prisons' website, MARIO SAIZ is currently in custody at FCI Sheridan, register #164285-097. (Please see attached printout from the website for locating federal prisoners.)

Since MARIO SAIZ has met the conditions in this matter, he requests the Court exonerate the bond set by this Court and reconvey title conveyed to the Court by the two described Deeds of Trust to the property owner.

Dated:  April 13, 2010         */s/ Dale A. Blickenstaff*
                               DALE A. BLICKENSTAFF
                               Attorney for Defendant, MARIO SAIZ

## **PROPOSED ORDER**

IT IS HEREBY ORDERED that the bond in the above-captioned case be exonerated and title to the real property securing said bond, Fresno County Recorder Doc. Numbers 2008-0176238 and 2009-0012283 be reconveyed to Terry M. Saiz and Patricia C. Saiz.

IT IS SO ORDERED.

**Dated:   April 13, 2010**          /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE